IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TARVEY REGO,** | Case No. 14-CV-00187 VC |
| Petitioner, | **[PROPOSED] ORDER AS MODIFIED** |
| v. | |
| **STU SHERMAN, Warden,** | |
| Respondent. | |

For good cause shown, the time for respondent to serve and file its response to the petition herein shall be extended to June 16, 2014.  If respondent files an answer and petitioner wishes to respond, he shall do so by filing a traverse with the Court and serving it on respondent within 30 days of his receipt of the answer.  If respondent files a motion to dismiss on procedural grounds in lieu of an answer, petitioner must serve and file any opposition or statement of non-opposition no more than 28 days after the motion is served and filed, and respondent must serve and file a reply to opposition not more than 14 days after the opposition is served and filed. No further extensions will be granted.

Dated:  May 13, 2014

_____
The Honorable Vince Chhabria
United States District Judge

1

[Proposed] Order (14-CV-00187 VC)