RICHARD SUCH
Attorney at Law (Cal. Bar No. 46022)
1120 College Avenue
Palo Alto, CA  94306
(415) 495-3119

Attorney for Petitioner
TARVEY REGO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

TARVEY REGO

               Petitioner,

-vs-

STU SHERMAN, Acting Warden,
California Substance Abuse Treatment
Facility and State Prison - Corcoran

               Respondent

No. CV 14-187 ~~LHK~~ VC

MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE
AND ORDER

## MOTION FOR EXTENSION OF TIME

I, RICHARD SUCH, say:

    1.  I am the attorney for the petitioner herein.

    2.  On January 17, 2014, the Court issued an Order to Show Cause, directed the California Attorney General to file an Answer within 90 days, and granted petitioner 30 days after the filing of the Answer to file a Traverse.

    3.  The Attorney General filed an Answer on June 13, 2014; petitioner's Traverse, therefore, was due on July 14, 2014. Petitioner applied for and was granted an extension of time to file the Traverse until August 28, 2014.

    3.  I expected to be able to finish and file the Traverse by August 28, but I was

1

hospitalized at Stanford Hospital between the 26th and 28th for intestinal bleeding, for which a colonoscopy and an endoscopy were performed and the bleeding was located and stopped.  But in the meantime, I lost an indeterminate amount of blood, resulting in my red blood cell count and hematocrit being reduced to about 70% of "low normal," and it will take me about a week to return to normal.

4.  In the meantime, I have a final deadline of September 5 to file the Appellant's Opening Brief in <u>People v. Valentine</u>, Court of Appeal No. A140133, and I will have until September 19 to file the Appellant's Reply Briefs in <u>People v. Davis</u>, No. A139111, and in <u>People v. White</u>, No. A139126, and until September 25 to file the Appellant's Reply Brief in <u>People v. Piedad</u>, No. A139130.  I am volunteering my time in the present case.  Therefore, I am requesting an additional 30 days, until September 24, 2014, to file the Traverse.

5.  I have communicated with Deputy Attorney General David Rose by e-mail while I was in the hospital,  and on August 27, 2014, he responded that he had no objection to an extension of time.

For these reasons, I hereby request that petitioner be allowed another 30 days, until September 25, 2014, to file his Traverse.

Dated:  August 28, 2014                                               /s/  Richard Such
                                                                                    _____
                                                                                    RICHARD SUCH
                                                                                    Attorney for Petitioner

Date: September 3, 2014

GRANTED
Judge Vince Chhabria
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA